**Dismiss; Opinion Filed December 4, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00187-CR**
**No. 05-20-00548-CR**

**SALOMON GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-13312-M & F11-12919-M**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

On December 1, 2020, appellant filed a proper motion for voluntary dismissal.

We grant the motion and dismiss these appeals. *See* TEX. R. APP. P. 42.2(a).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200187F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SALOMON GARCIA, Appellant

No. 05-20-00187-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas Trial Court Cause No. F09-13312-M. Opinion delivered by Justice Carlyle. Justices Myers and Osborne participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 4th day of December, 2020.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SALOMON GARCIA, Appellant

No. 05-20-00548-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F11-12919-M.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 4th day of December, 2020.